IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
ADOLPH ALLEN CONOVER,          )
                               )
        Plaintiff,             )
                               )    CONSOLIDATED
    vs.                        )    Civ. No. 04-915-GMS
                               )
ASST DISTRICT ATTORNEY         )
DONALD ROBERTS, BILL CROSS     )
WILMINGTON POLICE DEPT.        )
"OPERATION SAFE STREETS",      )
DISTRICT ATTORNEY JANE         )
BRADY,                         )
                               )
        Defendants.            )
```

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 21, 2004, the Court entered an order requiring plaintiff to complete and return USM-285 forms for each defendant, and informing plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 11);

WHEREAS, on December 21, 2004, the order was mailed to the plaintiff at the Delaware Correctional Center, where the plaintiff indicated he was incarcerated;

WHEREAS, on December 30, 2004, the order was returned to the court as undeliverable;

WHEREAS, on February 22, 2004, the Court entered an order consolidating this complaint with Conover v. Roberts, CA No. 04-1438-GMS (D.I. 13)

WHEREAS, on February 25, 2005, the order was mailed to the plaintiff at his last known address;

WHEREAS, on March 3, 2005, the order was returned to the court as undeliverable (D.I. 14);

WHEREAS, the plaintiff has been released from custody and has failed to inform the court of his new address and no action has been taken in this matter for a period of at least three months;

THEREFORE, at Wilmington this 19th day of April, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to D. Del. L.R. 41.1 (1995).

UNITED STATES DISTRICT JUDGE