Case 1:04-cv-00915-GMS   Document 16   Filed 04/28/2005   Page 1 of 1

